UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARK A. GUTERMAN, individually and on
behalf of all others similarly situated,
                              Plaintiff,

-v-

COSTCO WHOLESALE CORPORATION,
                              Defendant.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/26/18
```

17 CIVIL 4812 (KMK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 24, 2018, Defendant's Motion To Dismiss is granted. Because Plaintiff has already amended his Complaint once in response to Defendant's Motion and repleading could not remedy the defects that serve as the basis for dismissal in the Opinion, the dismissal is with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         September 26, 2018

                                            RUBY J. KRAJICK

                                            Clerk of Court
                  BY:

                                            Deputy Clerk